# Court of Appeals
# of the State of Georgia

ATLANTA,    June 01, 2012

*The Court of Appeals hereby passes the following order:*

**A12A0509.  CAIN et al. v. AGSOUTH FARM CREDIT, ACA.**

Having considered Appellants' MOTION TO WITHDRAW APPEAL, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/01/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*